USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :   MASTER FILE
IN RE BRITANNIA BULK HOLDINGS INC.   :   08 Civ. 9554 (DLC)
SECURITIES LITIGATION                :
                                     :   ORDER
                                     :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

On June 11, 2009, defendant Britannia Bulk Holdings Inc. ("Britannia") entered Chapter 15 bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York. This event automatically stayed all pending litigation against Britannia pursuant to 11 U.S.C. § 362. The following day, all defendants except Britannia filed motions to dismiss the complaint in this action. The June 12 motions to dismiss having been largely granted, it is hereby

ORDERED that the Plaintiff shall show cause in writing by November 20, 2009, why his remaining Section 11 claim against Britannia and Section 15 claims against Fariyal Khanbabi and Arvid Tage should not be voluntarily dismissed.

IT IS FURTHER ORDERED that Plaintiff shall provide two courtesy copies of his response to Chambers by delivering them

to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Date:    New York, New York
          October 19, 2009

                    DENISE COTE
              United States District Judge